United States Court of Appeals

FOR THE EIGHTH CIRCUIT

_____

No. 96-2767
_____

Mazander Engineered Equipment,    *
Inc.,                             *
                                  *
        Plaintiff/Appellant,      *
                                  *
        v.                        *
                                  *  Appeal from the United States
Goulds Pumps, Inc., a foreign     *  District Court for the
corporation;                      *  Eastern District of Arkansas.
                                  *
        Defendant/Appellee,       *          [UNPUBLISHED]
                                  *
Tencarva Machinery Company,       *
a foreign corporation; John       *
Does 1-10, doing business as      *
Tencarva Machinery Company,       *
                                  *
        Defendants.               *
                       _____

            Submitted:  January 13, 1997

              Filed:  February 14, 1997
                       _____

Before RICHARD S. ARNOLD, Chief Judge, BEAM, Circuit Judge, and
     ALSOP,[1] District Judge.
                       _____

PER CURIAM.


     Mazander Engineered Equipment contracted to distribute
products manufactured by Goulds Pumps.  The contract specified that
either party could terminate the contract at will upon sixty days'
notice, and further specified that New York law would control the

_____

     [1]The Honorable Donald D. Alsop, United States District Judge
for the District of Minnesota, sitting by designation.

contract.    When Goulds Pumps later terminated the contract, Mazander brought suit, raising various claims including breach of

contract and violations of the Arkansas Franchise Practices Act, Ark. Code Ann. §§ 4-72-201 to 210.

The district court[2] concluded that the contract's designation of New York law should be given effect under Arkansas choice-of-law rules. The district court therefore concluded that the Arkansas Franchise Practices Act did not govern the parties' contract, and further found that Goulds Pumps's termination was valid under New York law. The district court granted summary judgment to Goulds Pumps. Mazander appeals.

After carefully reviewing the parties' briefs and relevant law, we conclude that the district court's choice and application of New York law was clearly correct and that extended discussion is not warranted. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.